IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SIDNEY L. COLEMAN,

       Plaintiff,

 v.                      ORDER

LT. MIKULA, B. BAILEY, JANE DOE,       18-cv-732-jdp
and JANE DOE #2,

       Defendants.

---

  Plaintiff Sidney L. Coleman, appearing pro se, is an inmate at Dodge Correctional Institution. He alleges that officials at the Dane County Jail denied him medication for mental health problems when he was housed there.

  Coleman has filed an amended complaint, to which defendant Bobbie Bailey objects, stating that Coleman did not accompany the proposed amendment with a motion seeking leave of the court or explaining the purpose of the motion. But Coleman replies that the purpose of the amendment is to name the two "Jane Doe" defendants against whom I granted Coleman leave to proceed on claims that they denied him medication or failed to examine him. Coleman identifies the new defendants as Terrie Vann-Ward and Nicole Sarbacker. This is an appropriate reason for Coleman to amend his complaint.

  Although Coleman did not submit a formal motion for leave to amend the complaint, that is a formality that I will overlook for this pro se litigant. I will construe his proposed amendment as including such a motion, and I will grant that motion.

ORDER

IT IS ORDERED that:

1. Plaintiff Sidney L. Coleman's motion for leave to amend his complaint, Dkt. 17, is GRANTED.

2. Coleman is GRANTED leave to proceed on Eighth Amendment claims against defendants B. Bailey, Lt. Mikula, Terrie Vann-Ward, and Nicole Sarbacker.

3. The clerk of court is directed to forward the amended complaint and summons to the United States Marshal for service on defendants Vann-Ward and Nicole Sarbacker.

Entered February 1, 2019.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge