IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SIDNEY L. COLEMAN,

    Plaintiff,

  v.

Case No. 18-cv-732-jdp

DANE COUNTY JAIL, BOBBIE BAILEY,
BRIAN MIKULA,
TERRIE VAN WARD,
AND NICOLE SARBACKER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 12/09/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |